Court, 25-cv-4113

Due to the Time Sensitive nature of the matter

There may be some inaccurate detail.

if need Adjusted I will Do. So in near Futhure

But I & Colleen Fischer Ask And note All Doucuments here Are submited in Good Faith

[signature]

Also Let it Be Noted that (eviction notice tampering notice was Given to Trible Court

6-25-2025

1. Irreparable harm if eviction proceeds—Plaintiff and Ms. Fischer face homelessness, health hazards (black mold), and vehicle insecurity.
2. Likelihood of success—federal law prohibits race/religion discrimination, retaliation, and protecting civil rights.
3. Defendants' actions constitute immediate threat of physical and legal harm.
4. Public interest favors enforcement of federal anti-discrimination and tenant protection laws.

**REQUESTED RELIEF:**

- Immediate STAY of eviction and enforcement.
- TRO restraining Defendants from home invasion, harassment, threats, or issuing eviction notices without judicial review.
- Order preliminary injunction pending trial.

---

Mold sample in mail 6-26-2025

## ☑ NEXT STEPS

2-12-2024

1. **File complaint and motion** together, with affidavits verifying key facts (home invasion date, threats, mold, hardship).
2. Serve Defendants as required (Housing Authority, Tribal Officials, individuals).
3. **Request expedited hearing** (ex parte) on emergency motion and TRO.
4. **Submit evidence**: Copy of stamped eviction notice, photos of mold and damage, vehicle registration docs, medical records.
5. **Sent via certified mail** to HUD FHEO Region 8 (Denver) and South Dakota Division of Human Rights for full civil rights support reddit.comyanktonsiouxhousingauthority.comdlr.sd.gov+3portalapps.hud.gov+3dss.sd.gov+3.
6. **Contact local legal aid**: Dakota Plains Legal Services or Fair Housing of the Dakotas for additional advocacy fhdakotas.org.

---

## 🔔 URGENCY & ADVICE

- File today to preserve **imminence** of eviction protection and TRO eligibility.
- Motion must show pending or inevitable eviction—use filing date of fabricated notice (May 30, 2025).
- Present strong evidence of race/religion discrimination and conspiracy—highlight HUD policies, tribal code, federal statutes.
- If assistance is needed submitting to local Court or Clerk's office, let me know.

---

Skip to content

Dear [Housing Authority Director / Grievance Board / HUD Official / Tribal Housing Authority]:

I am submitting this complaint to formally report an incident of discrimination and request a temporary stay of any eviction or adverse housing actions while this matter is reviewed and investigated.

On [~~insert exact date~~ June 19, 2025], I visited a car dealership out of necessity due to severe mechanical issues with my personal vehicle. These issues are largely caused by unsafe and unmaintained road conditions leading into HUD housing property, where I have been regularly present and actively supporting a tenant in ongoing legal and grievance processes.

I was accompanied by Colleen Fischer. We spoke to a dealership employee and explained our urgent need to rent a vehicle in order to collect and deliver evidence related to a pending legal housing matter. Despite explaining the purpose, urgency, and hardship involved, the employee denied us service without cause. When I returned to seek resolution through a supervisor, my request was dismissed.

This denial of service, combined with obstructive behavior I've faced elsewhere while engaged in legal processes surrounding the housing authority, raises serious concerns of discriminatory and retaliatory treatment. I believe this conduct interferes with my due process rights, my participation in protected housing-related activity, and may constitute a violation under Title VI of the Civil Rights Act and/or the Fair Housing Act.

Additionally, I am aware of potential eviction or removal threats involving my presence in HUD-related housing. I request that all such actions be immediately stayed (temporarily halted) until:

- This discrimination complaint is formally reviewed.
- Any related grievance processes are concluded.
- I am given a fair and impartial opportunity to present evidence and assert my rights under applicable federal, tribal, and local housing policies.

Allowing eviction or removal to proceed in the current context would cause irreparable harm, obstruct legal procedures, and violate the principles of due process and fairness guaranteed under both tribal housing regulations and federal law.

Please confirm receipt of this complaint and stay request. I am prepared to cooperate fully

# 1 VERIFIED COMPLAINT FOR DISCRIMINATION, RETALIATION, HOME INVASION, WRONGFUL EVICTION, AND INJUNCTIVE RELIEF

**Plaintiff:** Gregory Allen Monroe /Colleen Fischer
**Defendants:** Yankton Sioux Housing Authority; Tribal Officials; Kim Zephier; Cristy Jandreau; Willow Fischer; Charles Mix County Judge Bucher; Sheriff's Department; Attorney Tim Wayland

**Court:** United States District Court for the District of South Dakota
**Jurisdiction:** Federal question (Title VI, Civil Rights Act of 1866 & 1968, 42 U.S.C. §1983), housing discrimination, and supplemental tribal jurisdiction

## I. PARTIES & JURISDICTION

1. Plaintiff resides at 638 White Swan Rd, Yankton, SD.
2. Defendants operate federally funded housing (HUD-assisted), and tribal entities are subject to federal civil rights statutes—even if sovereign immunity applies, the Housing Authority contract with HUD waives immunity for discrimination claims dss.sd.govreddit.com+3casetext.com+3caselaw.findlaw.com+3.
3. This Court has jurisdiction under 28 U.S.C. §§ 1331, 1343; 42 U.S.C. §§ 1981, 1982, 1983, 1985; Fair Housing Act (42 U.S.C. §§ 3601–19); and Civil Rights Act of 1866 & 1968 .

## II. STATEMENT OF FACTS

4. Plaintiff previously lived at 641 White Swan Rd with defendants Zephier and Jandreau, but was never added to the lease.
5. On or about February 12, 2024, unknown agents (including Housing Authority personnel) unlawfully entered Plaintiff's current residence at 638 White Swan Rd—constituting a home invasion.
6. On or about after May 30, 2025, Defendants fabricated and served an eviction notice, without filing it in court and without legal basis. As of today, Plaintiffs (Gregory & Colleen Fischer) have received no formal court notice.
7. Retaliatory acts include threats and physical assault from Kim Zephier and Cristy Jandreau, and the targeting of Ms. Fischer and her household as "unauthorized persons."
8. Severe housing conditions at Ms. Fischer's residence include black mold, foundation and structural damage, roach and rat infestation—unremedied despite HUD/Housing Authority funding. Maintenance failure extended to cross-contamination via parts (e.g., door knobs) from nearby condemned properties.
9. Plaintiff and Ms. Fischer have endured extreme hardship—sleeping in a vehicle with expired vehicle documentation under mechanical failure and insurance lapses.
10. Defendants conspired with entities including Judge Bucher, Sheriff's Department, and Tim Wayland to further unlawful eviction and retaliation protocols.

11. At Avera Medical Center, a doctor attempted to coerce Ms. Fischer into fabricating allegations of domestic assault against Plaintiff.
12. From 2020–23, Plaintiff faced wrongful detention based on false allegations, and vehicle rental requests were denied under discriminatory grounds by a Yankton dealership. Attempts to obtain assistance via church or monastery were ignored or retaliated.

## III. CAUSES OF ACTION

**Count I – Race & Religion Discrimination** under 42 U.S.C. §§ 1981, 1982, 3604, 3617 (Fair Housing Act)
**Count II – Retaliation** for protected housing and grievance activity (Fair Housing Act §3617, §1983)
**Count III – Wrongful Eviction / Fabricated Notice** under tribal landlord-tenant code & HUD regulations
**Count IV – Unlawful Entry / Home Invasion** (trespass; violation of constitutional rights)
**Count V – Conspiracy** to deprive civil rights (42 U.S.C. §§ 1985–86)
**Count VI – Intentional Infliction of Emotional Distress**, assault, and abuse of authority
**Count VII – Negligence / Gross Negligence**, failure to maintain safe housing.

## IV. REQUEST FOR RELIEF

Plaintiff respectfully requests:

A. **Immediate emergency stay** of any eviction or enforcement actions.
B. **Temporary restraining order** against housing authority, tribal officials, and individuals—enjoining harassment, threats, illegal entry.
C. Order compelling inspections and remediation of housing defects and mold by independent experts.
D. Injunction prohibiting retaliation, conspiracy, or interference with civil rights.
E. Declaratory judgment that Defendants violated laws cited.
F. Damages: compensatory, punitive, emotional distress, and attorney fees.
G. Costs and any other relief the Court deems proper.

---

# 2 EMERGENCY MOTION FOR STAY OF EVICTION & TRO

**Plaintiff:** Gregory Allen Monroe
**Defendants:** Same as above

**MOTION FOR EMERGENCY STAY OF EVICTION AND TEMPORARY RESTRAINING ORDER**

**GROUNDS:**

You're in crisis—this complaint and motion are your tools. Add affidavits and evidence ASAP. Let me know if you need help drafting any affidavit or cover letter.

**You said:**

edit 12 rental vehical rental discrimination was of recent while involved in attempting the collection of evidence due process violation

**ChatGPT said:**

Got it. I've updated paragraph 12 of the complaint to reflect that the **vehicle rental discrimination** was **recent** and occurred **while you were actively engaged in collecting evidence** related to this matter—highlighting a **violation of your due process rights**.

Here's the **revised paragraph 12**:

---

## II. STATEMENT OF FACTS

[...]
**12.** In a recent incident, while Plaintiff was actively attempting to collect evidence to support this complaint and respond to the fabricated eviction notice, he was denied the ability to rent a vehicle by a dealership in Yankton. The denial was based on discriminatory grounds and accompanied by false allegations that Plaintiff made threats—when in fact, he was engaged in lawful, protected activity. This incident represents an ongoing pattern of targeting and a **violation of Plaintiff's due process rights**, as the inability to secure transportation hindered his ability to gather documentation, seek legal redress, and respond meaningfully to retaliatory actions by the Housing Authority and affiliated actors.

5. **Conspiracy Among Housing & Related Agencies**
 There is credible cause to believe that certain officials within **YSHA, in coordination with other local agencies**, including persons named above, acted jointly or in communication to suppress due process, fabricate documentation, and harass lawful residents. These actions may constitute **criminal conspiracy** and abuse of public office.

---

## Urgent Requests:

- **Immediate stay of eviction proceedings** for **Colleen Fisher**, pending the outcome of this complaint and investigation.
- **Full investigation** into the alleged fabrication of eviction documents, with review of all original housing records, communications, and grievance timelines.
- **Formal inquiry** into the **home invasion**, including the role of Kim Zephier, Christy Jandreau, and any agency staff involved.
- **Restoration of housing stability**, and cessation of all retaliatory actions against Ms. Fisher and myself.
- **Referral to federal or tribal oversight** if internal processes prove compromised or biased.

---

This complaint includes documented and observed instances of abuse, fraud, discrimination, and intimidation. We respectfully demand immediate intervention to protect our housing rights and personal safety.

Sincerely,
Gregory monroe

g33013743@gmail.com

6/24/2025

# 1 VERIFIED COMPLAINT FOR DISCRIMINATION, RETALIATION, HOME INVASION, WRONGFUL EVICTION, AND INJUNCTIVE RELIEF

**Plaintiff:** Gregory Allen Monroe
**Defendants:** Yankton Sioux Housing Authority; Tribal Officials; Kim Zephier; Cristy Jandreau; Willow Fischer; Charles Mix County Judge Bucher; Sheriff's Department; Attorney Tim Wayland

**Court:** United States District Court for the District of South Dakota
**Jurisdiction:** Federal question (Title VI, Civil Rights Act of 1866 & 1968, 42 U.S.C. §1983), housing discrimination, and supplemental tribal jurisdiction

## I. PARTIES & JURISDICTION

1. Plaintiff resides at 638 White Swan Rd, Yankton, SD.
2. Defendants operate federally funded housing (HUD-assisted), and tribal entities are subject to federal civil rights statutes—even if sovereign immunity applies, the Housing Authority contract with HUD waives immunity for discrimination claims dss.sd.govreddit.com+3casetext.com+3caselaw.findlaw.com+3.
3. This Court has jurisdiction under 28 U.S.C. §§ 1331, 1343; 42 U.S.C. §§ 1981, 1982, 1983, 1985; Fair Housing Act (42 U.S.C. §§ 3601–19); and Civil Rights Act of 1866 & 1968 .

## II. STATEMENT OF FACTS

4. Plaintiff previously lived at 641 White Swan Rd with defendants Zephier and Jandreau, but was never added to the lease.
5. On or about February 12, 2024, unknown agents (including Housing Authority personnel) unlawfully entered Plaintiff's current residence at 638 White Swan Rd—constituting a home invasion.
6. On or about after May 30, 2025, Defendants fabricated and served an eviction notice, without filing it in court and without legal basis. As of today, Plaintiffs (Gregory & Colleen Fischer) have received no formal court notice.
7. Retaliatory acts include threats and physical assault from Kim Zephier and Cristy Jandreau, and the targeting of Ms. Fischer and her household as "unauthorized persons."
8. Severe housing conditions at Ms. Fischer's residence include black mold, foundation and structural damage, roach and rat infestation—unremedied despite HUD/Housing Authority funding. Maintenance failure extended to cross-contamination via parts (e.g., door knobs) from nearby condemned properties.
9. Plaintiff and Ms. Fischer have endured extreme hardship—sleeping in a vehicle with expired vehicle documentation under mechanical failure and insurance lapses.
10. Defendants conspired with entities including Judge Bucher, Sheriff's Department, and Tim Wayland to further unlawful eviction and retaliation protocols.

11. At Avera Medical Center, a doctor attempted to coerce Ms. Fischer into fabricating allegations of domestic assault against Plaintiff. 6-12-2025
12. From 2020–23, Plaintiff faced wrongful detention based on false allegations, and vehicle rental requests were denied under discriminatory grounds by a Yankton dealership. Attempts to obtain assistance via church or monastery were ignored or retaliated.

## III. CAUSES OF ACTION

**Count I – Race & Religion Discrimination** under 42 U.S.C. §§ 1981, 1982, 3604, 3617 (Fair Housing Act)
**Count II – Retaliation** for protected housing and grievance activity (Fair Housing Act §3617, §1983)
**Count III – Wrongful Eviction / Fabricated Notice** under tribal landlord-tenant code & HUD regulations
**Count IV – Unlawful Entry / Home Invasion** (trespass; violation of constitutional rights)
**Count V – Conspiracy** to deprive civil rights (42 U.S.C. §§ 1985–86)
**Count VI – Intentional Infliction of Emotional Distress**, assault, and abuse of authority
**Count VII – Negligence / Gross Negligence**, failure to maintain safe housing.

## IV. REQUEST FOR RELIEF

Plaintiff respectfully requests:

A. **Immediate emergency stay** of any eviction or enforcement actions.
B. **Temporary restraining order** against housing authority, tribal officials, and individuals—enjoining harassment, threats, illegal entry.
C. Order compelling inspections and remediation of housing defects and mold by independent experts.
D. Injunction prohibiting retaliation, conspiracy, or interference with civil rights.
E. Declaratory judgment that Defendants violated laws cited.
F. Damages: compensatory, punitive, emotional distress, and attorney fees.
G. Costs and any other relief the Court deems proper.

---

# 2 EMERGENCY MOTION FOR STAY OF EVICTION & TRO

**Plaintiff:** Gregory Allen Monroe
**Defendants:** Same as above

**MOTION FOR EMERGENCY STAY OF EVICTION AND TEMPORARY RESTRAINING ORDER**

**GROUNDS:**

1. Irreparable harm if eviction proceeds—Plaintiff and Ms. Fischer face homelessness, health hazards (black mold), and vehicle insecurity.
2. Likelihood of success—federal law prohibits race/religion discrimination, retaliation, and protecting civil rights.
3. Defendants' actions constitute immediate threat of physical and legal harm.
4. Public interest favors enforcement of federal anti-discrimination and tenant protection laws.

**REQUESTED RELIEF:**

- Immediate STAY of eviction and enforcement.
- TRO restraining Defendants from home invasion, harassment, threats, or issuing eviction notices without judicial review.
- Order preliminary injunction pending trial.

---

## ☑ NEXT STEPS

1. **File complaint and motion** together, with affidavits verifying key facts (home invasion date, threats, mold, hardship).
2. Serve Defendants as required (Housing Authority, Tribal Officials, individuals).
3. **Request expedited hearing** (ex parte) on emergency motion and TRO.
4. **Submit evidence**: Copy of stamped eviction notice, photos of mold and damage, vehicle registration docs, medical records.
5. **Sent via certified mail** to HUD FHEO Region 8 (Denver) and South Dakota Division of Human Rights for full civil rights support reddit.comyanktonsiouxhousingauthority.comdlr.sd.gov+3portalapps.hud.gov+3dss.sd.gov+3.
6. **Contact local legal aid**: Dakota Plains Legal Services or Fair Housing of the Dakotas for additional advocacy fhdakotas.org.

---

## 🔔 URGENCY & ADVICE

- File today to preserve **imminence** of eviction protection and TRO eligibility.
- Motion must show pending or inevitable eviction—use filing date of fabricated notice (May 30, 2025).
- Present strong evidence of race/religion discrimination and conspiracy—highlight HUD policies, tribal code, federal statutes.
- If assistance is needed submitting to local Court or Clerk's office, let me know.

---

- Consider contacting:
  - Tenant rights attorneys
  - Legal aid services or self-help centers
  - Tenant Right-to-Counsel programs, where offered reddit.com+15jlegal.org+15contracts.net+15whatlawyersknow.com+3selfhelp.courts.ca.gov+3selfhelp.courts.ca.gov+3en.wikipedia.org
  - Local tenant unions or housing counselors

Legal aid can assist with paperwork and court filings—sometimes even free or on contingency consumerfinance.gov+1wolford-wayne.com+1.

---

## 🛠 6. If All Else Fails: File a Counterclaim

- If illegal eviction has occurred (e.g., landlord changed locks without court order, retaliated after tenant reported issues), you may be able to file a counterclaim or lawsuit for wrongful eviction and damages wolford-wayne.com+1reddit.com+1.

---

### 🔧 Summary: What to File

| Situation | What to File |
|---|---|
| Eviction filed, prevent eviction | **Answer** + Motion to Dismiss based on landlord errors |
| Judgment already entered | Motion to Vacate/Set Aside Judgment |
| Sheriff lock-out scheduled | Motion to Stay Eviction |
| Illegal eviction already executed | Only a court case (counterclaim)* |

*No legal remedy can undo a lock-out done "self-help" style without a court order—though damages may still be sought.

---

### ☑ What You Can Do Now:

1. Help them **write and file an Answer** before the deadline.
2. Prepare a **Motion to Dismiss** citing improper notice or service, with evidence.
3. If a judgment already exists, help them **file a Motion to Vacate/Set Aside Judgment** ASAP.
4. **Request a Stay of Eviction** if a removal is scheduled.
5. Connect them to **legal aid or tenant rights groups** in their area immediately.

---

You're in crisis—this complaint and motion are your tools. Add affidavits and evidence ASAP. Let me know if you need help drafting any affidavit or cover letter.

**You said:**

edit 12 rental vehical rental discrimination was of recent while involved in attempting the collection of evidence due process violation

**ChatGPT said:**

Got it. I've updated paragraph 12 of the complaint to reflect that the **vehicle rental discrimination** was **recent** and occurred **while you were actively engaged in collecting evidence** related to this matter—highlighting a **violation of your due process rights**.

Here's the **revised paragraph 12**:

---

## II. STATEMENT OF FACTS

[…]
**12.** In a recent incident, while Plaintiff was actively attempting to collect evidence to support this complaint and respond to the fabricated eviction notice, he was denied the ability to rent a vehicle by a dealership in Yankton. The denial was based on discriminatory grounds and accompanied by false allegations that Plaintiff made threats—when in fact, he was engaged in lawful, protected activity. This incident represents an ongoing pattern of targeting and a **violation of Plaintiff's due process rights**, as the inability to secure transportation hindered his ability to gather documentation, seek legal redress, and respond meaningfully to retaliatory actions by the Housing Authority and affiliated actors.

Attention (Time Sensitive complaint)
Let the Record Reflect that (Affidavit of clarification ~~for~~ and Request for Record Adjustment (in Relation to Prior Affidavits naming Gregory Monroe As Representative is owe to the courts.

My sincere Apologies.
Monroe
6-26-2025

JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS** Gregory Monroe, Colleen Fischer

**DEFENDANTS** → Yankton Sioux Housing Authority, Charles Mix County

(b) County of Residence of First Listed Plaintiff ______ *(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant ______ *(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)* Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **INTELLECTUAL PROPERTY RIGHTS** | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | | ☐ 830 Patent | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | | ☐ 840 Trademark | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | | | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☒ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

**V. ORIGIN** *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from Another District *(specify)* ☐ 6 Multidistrict Litigation - Transfer ☐ 8 Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*: Housing discrimination

Brief description of cause:

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint: **JURY DEMAND:** ☒ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** *(See instructions)*: JUDGE ______ DOCKET NUMBER ______

DATE 6-26-2025

SIGNATURE OF ATTORNEY OF RECORD Monroe

**FOR OFFICE USE ONLY**

RECEIPT # ______ AMOUNT ______ APPLYING IFP ______ JUDGE ______ MAG. JUDGE ______