UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| GREGORY ALLEN MONROE,<br><br>Plaintiff,<br><br>vs.<br><br>YANKTON SIOUX HOUSING AUTHORITY; TRIBAL OFFICIALS; KIM ZEPHIER; CRISTY JANDREAU; WILLOW FISCHER; JUDGE BUCHER, Charles Mix County Judge; SHERIFF'S DEPARTMENT; and ATTORNEY TIM WAYLAND,<br><br>Defendants. | 4:25-CV-04113-ECS<br><br>ORDER DISMISSING COMPLAINT FOR FAILURE TO PROSECUTE |

Plaintiff Gregory Allen Monroe filed a pro se Complaint that sought, among other things, an ex parte temporary restraining order to stay an eviction. Doc. 1. Monroe filed a motion for leave to proceed in forma pauperis, which this Court denied for failure to provide sufficient information to determine whether Monroe had sufficient funds to pay the civil complaint filing fee. Doc. 10 at 5–10. This Court ordered Monroe to pay the civil complaint filing fee or file a motion for leave to proceed in forma pauperis containing full and accurate responses by August 18, 2025. Id. at 9–10. This Court also ordered Monroe to file exhibits demonstrating that he has standing to pursue the claims he alleged by August 18, 2025. Id. at 9. This Court cautioned that failure to file a fully completed motion for leave to proceed in forma pauperis or exhibits demonstrating that this Court has standing by August 18, 2025, would result in the dismissal without prejudice of his Complaint. Id. at 9–10. At this time, Monroe has not complied with this

Court's order. Thus, Monroe's Complaint, Doc. 1, is dismissed without prejudice for failure to prosecute.

Accordingly, it is

ORDERED that Monroe's Complaint, Doc. 1, is dismissed without prejudice.

DATED August 25, 2025.

BY THE COURT:

ERIC C. SCHULTE
UNITED STATES DISTRICT JUDGE